**Cecil SUMMEROUR, Appellant,**

v.

**UNITED STATES of America, Appellee.**

**No. 18502.**

United States Court of Appeals
Fifth Circuit.

Oct. 31, 1961.

John N. Crudup, Gainesville, Ga., for appellant.

Charles D. Read, Jr., U. S. Atty., John W. Stokes, Jr., and Bobby C. Milam, Asst. U. S. Attys., Charles L. Goodson, U. S. Atty., Atlanta, Ga., for appellee.

Before TUTTLE, Chief Judge, and CAMERON and BROWN, Circuit Judges.

**40**

PER CURIAM.

It appearing that no error was committed by the trial court, the judgment of conviction is hereby

Affirmed.